Case 4:21-cr-00330   Document 1   Filed on 06/16/21 in TXSD   Page 1 of 2

United States Courts
Southern District of Texas
FILED

June 16, 2021

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. H-21-**CR-330** |
| KYEON LEE | § | |

## INDICTMENT

### COUNT 1
(False Information and Hoaxes - 18 U.S.C. § 1038)

On or about March 17, 2021, in the Houston Division of the Southern District of Texas,

**KYEON LEE,**

Defendant herein, did intentionally convey false and misleading information by claiming to have been robbed at gunpoint while working as a letter carrier for the U.S. Postal Service, under circumstances where such information may reasonably have been believed, that indicated that an activity had taken place, specifically, that a firearm was carried and displayed to him during a robbery, that would constitute a violation of Title 18, United States Code, Chapter 44, Section 924(c).

In violation of Title 18, United States Code, Section 1038(a)(1).

### COUNT 2
(False Statement to a Federal Agent - 18 U.S.C. § 1001)

On or about March 17, 2021, in the Houston Division of the Southern District of Texas,

**KYEON LEE,**

Defendant herein, did willfully and knowingly make a materially false, fictitious and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by stating that keys were taken from him by threatening him

with a gun while he was delivering mail for the United States Postal Service at 7170 Parker Road in Houston, Texas on March 17, 2021.   The statements and representations were false because the Defendant then and there knew that he had not in fact been robbed or threatened in any way.

In violation of Title 18, United States Code, Section 1001(a)(2).

TRUE BILL

Original Signature on file
FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
Acting United States Attorney

JAY HILEMAN
Assistant United States Attorney